USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Juanita M Harris,                               :
                                                :
                Plaintiff,                      :
                                                :               **ORDER**
        -against-                               :               22-CV-1214 (MKV) (KHP)
                                                :
Kilolo Kijakazi,                                :
                                                :
                Defendant.                      :
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

        The parties are directed to meet and confer by **Thursday, May 18, 2023** as to whether

they jointly consent to decision of this action by a United States Magistrate Judge (that is, the

undersigned), pursuant to 28 U.S.C. § 636(c).  If both parties consent to decision of this action

by the undersigned, they shall complete the consent form available on the Southern District

website at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and return the form

to the Clerk of the Court.

        If either or both parties do not consent, counsel for Plaintiff shall file a letter to ECF by

**Friday, May 19, 2023** stating that the parties have met and conferred but that they do not

jointly consent.  The letter should not indicate any particular party's consent or non-consent.

        This Order is not meant to interfere in any way with the parties' absolute right to

decision by a United States District Judge, but it is merely an attempt at preserving scarce

judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

Withholding your consent will not result in any adverse consequences, however consenting to a

Magistrate Judge's jurisdiction may result in a faster resolution of this action.

**SO ORDERED.**

Dated:   May 5, 2023
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge