**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUANITA M. HARRIS,

                Plaintiff,                          22 **CIVIL** 1214 (KHP)

-v-                                         **JUDGMENT**

KILOLO KIJAKAZI,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 07, 2023, Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's motion for judgment on the pleadings is GRANTED, accordingly, this case is closed.

**Dated:**  New York, New York
          August 07, 2023

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                           **BY:**

                                                    **Deputy Clerk**